## Fourth Department, September, 1948.
### (September 22, 1948.)

Eva Wolff, as Stockholder in the Iroquois Publishing Company, Inc., on Behalf of Herself and All Other Stockholders of Said Corporation Similarly Situated, and on Behalf of Said Corporation, Appellant, v. First Trust & Deposit Company et al., as Executors of Edward F. Southworth, Deceased, et al., Respondents.— Order affirmed, with $10 costs and disbursements, on the authority of Lapchak v. Baker (298 N. Y. 89). All concur. (The order directs plaintiff to post security in a stockholder's action and extends defendants' time to plead or move to ten days after the giving of such security.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.·

Frank A. Purdy, Suing for Himself and for All Others Similarly Situated, as Holders of Preferred Capital Stock of Financial Institutions, Incorporated, Appellant, v. Wolcott J. Humphrey, Individually and as Director and President of Financial Institutions, Incorporated, et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See ante, p. 841.]

New York Central Railroad Company et al., Respondents, v. Anthony Arthelia et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See ante, p. 842.]

Richard C. Hatch, Appellant, v. Cherry-Burrell Corporation, Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See ante, p. 234.]

Mercer Milling Company, Respondent, v. State of New York, Appellant. (Claim No. 22255.) — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See ante, p. 843.]

In the Matter of Northern New York Power Corporation, Respondent, against George A. Parker et al., as Assessors of the Town of Volney, Oswego County, Appellants. (5 Proceedings — Years 1923–1940.) — Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See ante, p. 843.]

Elsie V. Schrohl et al., Respondents-Appellants, v. Donald F. O'Neill, Respondent, and Town of Irondequoit, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ. [See ante, p. 848.]

Charles J. Fox, Respondent, v. Leslie B. Fox, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ. [See ante, p. 849.]·